UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00030

**Bonnie Thrasher-Thomas,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

On January 22, 2020, plaintiff Bonnie Thrasher-Thomas filed the above-styled civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of her application for Social Security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the Commissioner's decision be reversed and that this case be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the court's opinion. Doc. 16. Neither party has filed objections to the magistrate judge's report and recommendation in the allotted timeframe.

When there have been no timely objections to a magistrate judge's report and recommendation, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The decision of the Commissioner is **reversed**, and this case is **remanded** to the Commissioner of the Social Security Administration for proceedings consistent with the court's opinion.

*So ordered by the court on February 4, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge